# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **CHARISMA HUDSON, et al.,** | CASE NO. 3:23 CV 466 |
| Plaintiffs, | |
| v. | **JUDGE JAMES R. KNEPP II** |
| **DATANYZE, LLC,** | |
| Defendant. | **JUDGMENT ENTRY** |

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　 s/ *James R. Knepp II*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　November 17, 2023